# UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

<u>Ivan Berezin</u>

      Plaintiff

                                  CIVIL ACTION
                                NO. 1:21-10852-FDS

      V.

<u>FCA US LLC et al</u>

      Defendant

## <u>SETTLEMENT ORDER OF DISMISSAL</u>

<u>Saylor, C. J.</u>

The Court having been advised on September 3, 2024, that the above-entitled action has been settled:

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                                By the Court,

<u>September 3, 2024</u>                                /s/Flaviana de Oliveira
Date                                                         Deputy Clerk